KIRKLAND & ELLIS LLP
Mark Holscher (SBN 139582)
mark.holscher@kirkland.com
R. Alexander Pilmer (SBN 166196)
apilmer@kirkland.com
Michael J. Shipley (SBN 233674)
michael.shipley@kirkland.com
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiffs Ovation Finance Holdings 2 LLC; Ovation Fund Management II, LLC; Banc of California, N.A.*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OVATION FINANCE HOLDINGS 2 LLC; OVATION FUND MANAGEMENT II, LLC; BANC OF CALIFORNIA, N.A.<br><br>Plaintiffs,<br><br>v.<br><br>CHICAGO TITLE INSURANCE COMPANY; CHICAGO TITLE COMPANY<br><br>Defendants. | Case No.: 3:19-cv-02031-GPC-KSC<br><br>Honorable Gonzalo P. Curiel<br><br>**PROOF OF SERVICE** |

I, the undersigned declares as follows:

1. I am a citizen of the State of California, I am over the age of eighteen years and not a party to this action.

2. On October 22, 2019 in Los Angeles, California, following receipt of consent from counsel for Defendants Chicago Title Company and Chicago Title Insurance Company to accept electronic service of process on their clients' behalf, I electronically served a copy of the following documents by means of a file transfer protocol to Mazda Anita (mantia@cooley.com) and Steve Strauss (sms@cooley.com), at Cooley LLP, 4401 Eastgate Mall San Diego, CA 92121-1909:

- COMPLAINT FOR: (1) RICO, 18 U.S.C. § 1962(C) (2) RICO CONSPIRACY, 18 U.S.C. § 1962(d); (3) FRAUD; (4) AIDING AND ABETTING FRAUD; (5) NEGLIGENT MISREPRESENTATION; (6) BREACH OF FIDUCIARY DUTY; (7) NEGLIGENCE;
- CIVIL COVER SHEET;
- PLAINTIFFS OVATION FINANCE HOLDINGS 2 LLC; OVATION FUND MANAGEMENT II, LLC; BANC OF CALIFORNIA, N.A.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND NOTICE OF PARTY WITH FINANCIAL INTEREST PURSUANT TO L.R. 40.2;
- PLAINTIFFS' NOTICE OF RELATED CASES PURSUANT TO L.R. 40.1;
- SUMMONS IN A CIVIL ACTION TO CHICAGO TITLE COMPANY; and
- SUMMONS IN A CIVIL ACTION TO CHICAGO TITLE INSURANCE COMPANY.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

1     DATED this 28th day of October, 2019, at Los Angeles, California.

                                                                 La Tonya Fountain