KIRKLAND & ELLIS LLP
Mark Holscher (SBN 139582)
mark.holscher@kirkland.com
R. Alexander Pilmer (SBN 166196)
apilmer@kirkland.com
Michael J. Shipley (SBN 233674)
michael.shipley@kirkland.com
333 South Hope Street
Los Angeles, California 90071
Telephone:  (213) 680-8400
Facsimile:   (213) 680-8500

*Attorneys for Plaintiffs Ovation Finance Holdings 2 LLC; Ovation Fund Management II, LLC; Banc of California, N.A.*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OVATION FINANCE HOLDINGS 2 LLC; OVATION FUND MANAGEMENT II, LLC; BANC OF CALIFORNIA, N.A.;**<br><br>**Plaintiffs,**<br><br>v.<br><br>**CHICAGO TITLE INSURANCE COMPANY; CHICAGO TITLE COMPANY**<br><br>**Defendants.** | Case No.: 19-cv-2031 LAB AHG<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a).** |

1  PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of
2  Civil Procedure, the above-captioned action is dismissed in its entirety, without prejudice, by
3  Plaintiffs Ovation Finance Holdings 2 LLC; Ovation Fund Management II, LLC; and Banc
4  of California.

6  Dated: September 28, 2020          KIRKLAND & ELLIS LLP

By:   s/ Michael Shipley
      Michael Shipley

Mark Holscher (SBN 139582)
mark.holscher@kirkland.com
R. Alexander Pilmer (SBN 166196)
apilmer@kirkland.com
Michael J. Shipley (SBN 233674)
michael.shipley@kirkland.com
333 South Hope Street
Los Angeles, California 90071
Telephone:  (213) 680-8400

*Attorneys for Plaintiffs Ovation Finance Holdings 2 LLC; Ovation Fund Management II, LLC; Banc of California, N.A.*

PACHULSKI STANG ZIEHL & JONES LLP

Dean A. Ziehl (SBN 84529)
dziehl@pszjlaw.com
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
Telephone:  (310) 277-6910

*Attorneys for Plaintiff Banc of California, N.A.*